UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0218 (RMU) |
| ) | |
| ARLINE LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION IN SUPPORT OF
SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On February 16, 2006, service of the Summons and Complaint in this action was made upon Arline LLC, by delivering said documents at 308 Mickle Boulevard, Camden, New Jersey 08103 to Mark Ford, authorized to accept service on behalf of Arline LLC.

3.  Proof of such service is provided by the declaration of process server, Walter Nebel, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 20, 2006

*Claudette M. Elmes* (signature)
Claudette M. Elmes