**EXHIBIT I**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE<br>2/16/06 @ 2:10 pm |
| NAME OF SERVER *(PRINT)*<br>Walter Nebel | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

☒  Other (specify):  By serving Mark Ford, Agent, authorized to accept. Service was
completed at 308 Mickle Boulevard, Camden, New Jersey 08103.
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/16/06
                   _____          _____
                          Date                              Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

                          _____
                             Address of Server


* Exhibit A; Notice of Right to Consent to Trial Before a United States Magistrate
  Judge; Initial Electronic Case Filing Order; and Notice from the Court dated 2/10/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

Plaintiffs,

V.

ARLINE LLE,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00218

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 02/07/2006

TO: (Name and address of Defendant)

ARLINE LLC
308 Mickle Boulevard
Camden, NJ  08103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    FEB - 7 2006

CLERK                                          DATE

_Maureen Higgins_

(By) DEPUTY CLERK