CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

          Plaintiffs      )
)
            vs.          )      Civil Action No. 06-0218 (RMU)
)
ARLINE LLC,           )
          Defendant.    )
)

Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this 20th day of March, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

ARLINE LLC

was [were]:    [personally served with process on February 16, 2006 ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

29 U.S.C. Section 1132(e)(2) ].

    I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

184564
_____
Bar Id. Number

Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-0218 (RMU) |
| | ) |
| ARLINE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Telephone: (202) 828-2234
Facsimile   (202) 887-0689

Arline, LLC
398 Mickle Boulevard
Camden, NJ  08103

DSMDB.2059194.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Default and Affidavit in Support of Default were served by first class mail, postage prepaid, this _20th_ day of _March_, 2006, upon:

Arline, LLC
398 Mickle Boulevard
Camden, NJ 08103

Andrea Newell