UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:06-cv-0218 (RMU) |
| v. | ) ) | |
| ARLINE LLC | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, as of July 10, 2006, the name, address, telephone and facsimile numbers of the law firm Dickstein Shapiro Morin & Oshinsky LLP will change to the following:

>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC  20006-5403
>(Tel.) 202-420-2200
>(Fax) 202-420-2201

DSMDB-2105171v01

The telephone numbers and email addresses for Ira R. Mitzner and Charles V. Mehler III will also change to the following:

>Ira R. Mitzner
>(202) 420-2234
>mitzneri@dicksteinshapiro.com
>
>Charles V. Mehler, III
>(202) 420-3674
>mehlerc@dicksteinshapiro.com

Also, please note that our firm will be closed on July 3, 2006.

Dated: June 26, 2006

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler, III, DC Bar No. 475909
Attorneys for Plaintiffs