# Exhibit C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

_____

       Plaintiff(s)

       Civil Action No. 06-218 RMU

V.

ARLINE LLC

_____

       Defendant(s)

RE: ARLINE LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 16, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of March, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____N. Wilkens_____
      Deputy Clerk